United States District Court
Southern District of Texas
**ENTERED**
August 12, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RODOLFO MIRELES,<br>        Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 1:19-cv-00197 |
| MTC WILLACY COUNTY REGIONAL<br>DETENTION FACILITY,<br>VALLEY BAPTIST MEDICAL CENTER,<br>UNITED STATES MARSHALS<br>SERVICE, and<br>DUSM LARA,<br>        Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Docket No. 19). The R&R recommended this Court deny Rodolfo Mireles' ("Plaintiff") "Application to Proceed in District Court Without Prepaying Fees or Costs" ("IFP Application") (Docket No. 2) and dismiss with prejudice his "Prisoner Pro Se Complaint for Violation of Civil Rights" ("Complaint") (Docket No. 1).

Objections were due August 10, 2020. No objections were filed by either party. A "clearly erroneous, abuse of discretion and contrary to law" standard of review is appropriate when there has been no objection to the magistrate's ruling. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

As a result, Plaintiff's IFP Application (Docket No. 2) is **DENIED** and his Complaint (Docket No. 1) is **DISMISSED WITH PREJUDICE**. The District Clerk's Office is **ORDERED** to close this case.

Signed on this _12th_ day of _August_, 2020.

Rolando Olvera
United States District Judge